### Brookside Coal Mining Co. v. Jacob Dolph.

1. PARENT AND CHILD—*Right of Recovery for Loss of Services— Where $400 is Reasonable.*—A judgment of $400 for loss of the services of a son sixteen years of age, occasioned by injuries received while employed in a coal mine, in the light of the evidence in this case is very reasonable.

Action to Recover for the Loss of Services.—Appeal from the Circuit Court of Vermilion County; the Hon. FERDINAND BOOKWALTER, Judge, presiding. Heard in this court at the November term, 1901. Affirmed. Opinion filed April 9, 1902.

D. D. EVANS and GUY M. McDOWELL, attorneys for appellant.

PENWELL & LINDLEY and WOOD & ELMER, attorneys for appellee.

MR. JUSTICE HARKER delivered the opinion of the court.

The facts in this case are the same as in the case of Brookside Coal Mining Company v. John R. Dolph, by Jacob Dolph, his next friend. (*Ante,* page 169.) Jacob Dolph is the father of John R. Dolph and brought this suit to recover for loss of service of his minor son, by reason of the injury sustained in appellant's coal mine. The boy at

the time of receiving the injury earned $1.25 per day and was between fifteen and sixteen years of age. The jury fixed the father's damages at $400, and the court rendered a judgment against appellant for that amount.

Our views as to the liability of appellant for the injury to the son are fully set forth in the opinion filed in his case and need not be repeated. The amount recovered by appellee as damages for loss of the service of his son, in the light of the evidence, is very reasonable. Judgment affirmed.